HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW J. OLMSTEAD,<br><br>               Plaintiff,<br><br>v.<br><br>KING COUNTY,<br><br>               Defendant. | No. 2:25-cv-00148-JNW<br><br>STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES<br><br>NOTE ON MOTION CALENDAR: MAY 6, 2026 |
| ENRICO DONAGLIA,<br><br>               Plaintiff,<br><br>v.<br><br>KING COUNTY,<br><br>               Defendant. | No. 2:25-cv-00146-JNW |
| WAYNE S. GODING,<br><br>               Plaintiff,<br><br>v.<br><br>KING COUNTY,<br><br>               Defendant. | No. 2:25-cv-00145-JNW |

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES - 1
No. 2:25-cv-00148-JNW
No. 2:25-cv-00146-JNW
No. 2:25-cv-00145-JNW

PACIFICA LAW GROUP  LLP
401 Union St.
SUITE 1700
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## I.    INTRODUCTION

Pursuant to LCR 10(g) and LCR 16(b)(6), Plaintiffs Matthew J. Olmstead, Enrico Donaglia, Wayne S. Goding, and Defendant King County (together the "Parties") submit this stipulated motion to continue the case deadlines in the Court's Scheduling Order, Dkt. # 19.

## II.    AUTHORITY

Under Federal Rule of Civil Procedure 16(b)(4), the Court may amend a scheduling order upon a showing of good cause, and the Court's Scheduling Order directs the Parties to "file an appropriate motion" if they "seek[] relief from any deadline—whether passed or upcoming." Dkt. # 19 at 3.

Good cause exists to continue the current case scheduling order because the Parties require additional time to complete discovery and prepare initial and rebuttal expert reports. The Parties paused discovery and expert report preparation while awaiting revised scheduling in these related matters. The Court subsequently entered a scheduling order under which at least one deadline— the expert disclosure deadline—had already passed at the time the order issued. *Id.* at 2–3. The Parties remain in the early stages of discovery. No depositions have yet been taken, written discovery remains in its early stages, and expert preparation has not begun. Additional time is therefore necessary to complete discovery, prepare expert disclosures, and brief dispositive motions in an orderly and efficient manner.

This is the first request to extend deadlines following consolidation of these matters.

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES - 2
No. 2:25-cv-00148-JNW
No. 2:25-cv-00146-JNW
No. 2:25-cv-00145-JNW

PACIFICA LAW GROUP  LLP
401 Union St.
SUITE 1700
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

### III.   STIPULATION

For the reasons stated above, pursuant to LCR 7(d)(1) and LCR 10(g), the Parties stipulate, agree, and respectfully request that the Court set a deadline for filing a trial brief, proposed voir dire questions, and proposed jury instructions for a date in April 2027. The Parties also request that the Court extend all of the case deadlines set in the Court's Scheduling Order, Dkt. # 19, according to the standard case deadlines that would apply under the new deadline for filing a trial brief, proposed voir dire questions, and proposed jury instructions.

I certify that this memorandum contains 321 words, in compliance with the Local Civil Rules.

STIPULATED to this 6th day of May, 2026.

PACIFICA LAW GROUP LLP                         PACIFIC JUSTICE INSTITUTE


*s/ Kai A. Smith*                              *s/ Harold H. Franklin, Jr.*
Kai A. Smith, WSBA #54749                      Harold H. Franklin, Jr., WSBA #20486
Eugene Lee, WSBA #61190                        *Attorneys for Plaintiff*
*Attorneys for Defendant King County*

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES - 3
No. 2:25-cv-00148-JNW
No. 2:25-cv-00146-JNW
No. 2:25-cv-00145-JNW

PACIFICA LAW GROUP  LLP
401 Union St.
SUITE 1700
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## ORDER

IT IS SO ORDERED that this Stipulated Motion to Extend Case Deadlines is

GRANTED. The Court will set a new case schedule in light of the parties' proposed deadlines in

their stipulated motion.

DATED this 8th day of May, 2026.

_____
Honorable Jamal N. Whitehead
United States District Judge

Presented by:

PACIFICA LAW GROUP LLP

*s/ Kai A. Smith*
Kai A. Smith, WSBA #54749
Eugene Lee, WSBA #61190
*Attorneys for Defendant King County*

PACIFIC JUSTICE INSTITUTE

*s/ Harold H. Franklin, Jr.*
Harold H. Franklin, Jr., WSBA #20486
*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER TO EXTEND
CASE DEADLINES - 4
No. 2:25-cv-00148-JNW
No. 2:25-cv-00146-JNW
No. 2:25-cv-00145-JNW

PACIFICA LAW GROUP LLP
401 Union St.
SUITE 1700
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750