HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW J. OLMSTEAD,<br><br>Plaintiff,<br>v.<br><br>KING COUNTY,<br><br>Defendant. | No. 2:25-cv-00148-JNW<br><br>STIPULATED MOTION TO STAY PROCEEDINGS AND ORDER<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 2, 2026 |
| ENRICO DONAGLIA,<br><br>Plaintiff,<br>v.<br><br>KING COUNTY,<br><br>Defendant. | No. 2:25-cv-00146-JNW |
| WAYNE S. GODING,<br><br>Plaintiff,<br>v.<br><br>KING COUNTY,<br><br>Defendant. | No. 2:25-cv-00145-JNW |



PACIFICA LAW GROUP LLP
401 Union St.
SUITE 1700
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## I. INTRODUCTION

Pursuant to LCR 10(g), Plaintiffs Matthew J. Olmstead, Enrico Donaglia, Wayne S. Goding, and Defendant King County (together the "Parties") submit this stipulated motion to stay proceedings in these consolidated cases ("the consolidated cases") until the U.S. Court of Appeals for the Ninth Circuit issues a final decision and mandate in the pending consolidated appeals *Eshom v. King County*, Nos. 25-7877, 25-7881 (9th Cir.) (collectively "*Eshom*"). Briefing in *Eshom* is now complete, and the parties are awaiting instructions regarding oral argument.

The Parties agree that staying these proceedings until the Ninth Circuit decides *Eshom* and issues a mandate will conserve judicial resources and promote efficiency because the parties and claims in *Eshom* are materially similar to those in the consolidated cases and the summary judgment order on appeal in *Eshom* was issued by this Court.

## II. AUTHORITY

"A district court has discretionary power to stay proceedings in its own court." *Olea v. Chipotle Mexican Grill, Inc.*, 2025 WL 1662001, at *2 (W.D. Wash. June 12, 2025) (citing *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005)). "A trial court may[] find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, 'pending the resolution of independent proceedings which bear upon the case.'" *Id.* (quoting *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979)).

A stay is appropriate here because there is substantial overlap between *Eshom* and the consolidated cases. In *Eshom*, the plaintiffs-appellants appeal a summary judgment order issued by this Court. *See Eshom v. King County,* 812 F. Supp. 3d 1190 (W.D. Wash. 2025) (Case Nos.



PACIFICA LAW GROUP LLP
401 Union St.
SUITE 1700
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

2:24-cv-00007-JNW and 2:23-cv-00028-JNW), *appeal docketed*, Nos. 25-7877, 25-7881 (9th Cir. Dec. 16, 2025). As the Parties explained in their stipulated motion to consolidate these cases for purposes of discovery and summary judgment, the plaintiffs-appellants in *Eshom* are former King County Deputy Sheriffs, as are Plaintiffs here, and King County is the defendant in both proceedings. Dkt. # 17 at 3.

In *Eshom*, the plaintiffs-appellants appeal, among other rulings, this Court's dismissal of their failure-to-accommodate-religion claims under Title VII, 42 U.S.C. § 2000e-2(a) and the Washington Law Against Discrimination (WLAD), Wash. Rev. Code § 49.60.180. *Eshom*, No. 25-7877, Dkt. # 16.1 at 16–18. Because Plaintiffs in the consolidated cases also raise religious failure-to-accommodate claims under the WLAD based on the same COVID-19 policies for King County Deputy Sheriffs, the Parties agree that the Ninth Circuit's decision in *Eshom* is likely to provide substantial guidance concerning the remaining discovery, expert work, and dispositive briefing in the consolidated cases. A stay may therefore avoid unnecessary discovery, expert work, and briefing, while allowing the Parties and the Court to proceed with the benefit of the Ninth Circuit's guidance. The Parties agree that the benefits of a stay outweigh any delay and that no party will be prejudiced by a stay.

The Parties agree that within 14 days after the Ninth Circuit issues a final decision and mandate in *Eshom*, the Parties will submit a status report and proposed scheduling order addressing further proceedings in the consolidated cases.



PACIFICA LAW GROUP LLP
401 Union St.
SUITE 1700
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## III. STIPULATION

For the reasons stated above, pursuant to LCR 7(d)(1) and LCR 10(g), the Parties respectfully request that the Court stay proceedings in the consolidated cases pending the Ninth Circuit's final decision and issuance of a mandate in *Eshom*.

I certify that this memorandum contains 563 words, in compliance with the Local Civil Rules.

STIPULATED to this 2nd day of September, 2026.

PACIFICA LAW GROUP LLP

*s/ Kai A. Smith*
Kai A. Smith, WSBA #54749
Eugene Lee, WSBA #61190
*Attorneys for Defendant King County*

PACIFIC JUSTICE INSTITUTE

*s/ Harold H. Franklin, Jr.*
Harold H. Franklin, Jr., WSBA #20486
*Attorneys for Plaintiff*



PACIFICA LAW GROUP LLP
401 Union St.
SUITE 1700
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**ORDER**

IT IS SO ORDERED that the consolidated proceedings in *Olmstead v. King County*, No. 2:25-cv-00148-JNW, *Donaglia v. King County*, No. 2:25-cv-00146-JNW, and *Goding v. King County*, No. 2:25-cv-00145-JNW, are STAYED pending the consolidated appeals in *Eshom v. King County*, Nos. 25-7877, 25-7881 (9th Cir.). All existing deadlines are VACATED.

Within 14 days after the U.S. Court of Appeals for the Ninth Circuit issues a final decision and mandate in *Eshom*, the Parties shall submit a status report and proposed scheduling order to address further consolidated proceedings in *Olmstead*, *Donaglia*, and *Goding*.

DATED this 3rd day of September, 2026.

Honorable Jamal N. Whitehead
United States District Judge

Presented by:

PACIFICA LAW GROUP LLP

*s/ Kai A. Smith*
Kai A. Smith, WSBA #54749
Eugene Lee, WSBA #61190
*Attorneys for Defendant King County*

PACIFIC JUSTICE INSTITUTE

*s/Harold H. Franklin, Jr.*
Harold H. Franklin, Jr., WSBA #20486
*Attorneys for Plaintiff*



PACIFICA LAW GROUP LLP
401 Union St.
SUITE 1700
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750